UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-CR-00358- JDB |
| KRISTOPHER NELSON, | |
| Defendant. | |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I.    Summary of the Plea Agreement

As set forth in the attached plea agreement, Defendant Kristopher Nelson (hereinafter referred to as "Defendant" or "NELSON") agrees to accept responsibility and plead guilty to Count One of the Information, charging Defendant with Fraud in Connection with Access Devices in violation of Title 18, United States Code, Section 1029(a)(4).

### II.    Elements of the offense

The essential elements of the offense of Fraud in Connection with Access Devices in violation of 18 U.S.C. § 1029(a)(4), each of which the government must prove beyond a reasonable doubt to sustain a conviction are:

*First*, the Defendant knowingly possessed device-making equipment;

*Second*, the Defendant did so with the intent to defraud; and

*Third*, the Defendant's conduct affected interstate commerce.

### III.    Statement of Facts

Pursuant to Federal Rule of Criminal Procedure 11, the United States and the Defendant, with the concurrence of Defendant's attorney, stipulate and agree that the following facts are true

and accurate. The following statement of facts does not purport to include all of the Defendant's illegal conduct. It also does not purport to be an inclusive recitation of everything that the Defendant heard, knew, or witnessed concerning the illegal activities committed by Defendant and others. It is intended to represent sufficient information for the Court to find a factual basis for accepting the Defendant's guilty plea.

## Offense Conduct

On October 1, 2025, federal law enforcement officers executed an arrest warrant for NELSON at 13104 Greenmount Avenue, Beltsville, MD, for a violation of 18 U.S.C. 1028(a)(6), that is, knowingly possessing an identification document appearing to be an identification document of the United States which was produced without lawful authority. The arrest warrant stemmed from an incident that occurred on April 15, 2025, when the Defendant was stopped by police officers in the District of Columbia for driving a vehicle that was reported stolen. During this police encounter, the Defendant possessed three counterfeit driver's licenses, one counterfeit passport card, and one counterfeit Social Security card, all bearing identifying information that was different than NELSON's true personal identification information.

Following the arrest on October 1, 2025 for the aforemtnioned incident, NELSON consented to an interview and a search of his bedroom. During the search, investigators found three blank prox cards with magnetic strips, one HID card reader manufactured in Mexico, and one Advanced Card Systems card reader manufactured in China. The two card readers were devices designed or primarily used for making an access device or a counterfeit access device, i.e., credit cards.

During the post-arrest interview, NELSON indicated that he had bought credit card information on the internet and attempted to make counterfeit credit cards using the blank cards

and card readers in order to obtain money, goods, services, or any other thing of value, in violation of 18 U.S.C. § 1029(a)(4).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____
Jason Facci (DC Bar 1027158)
Assistant United States Attorney
Fraud, Public Corruption, & Civil Rights Section
601 D. Street, NW
Washington, D.C.  20530
(202) 252-7742
Jason.Facci@usdoj.gov

Date: October 27, 2025

## DEFENDANT'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea. I have discussed this proffer fully with my attorney, Alexis Gardner, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

_____                    _____
Date                                        Kristopher Nelson

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the Government's proffer of evidence related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

_____                    _____
Date                                        Alexis Gardner, Esquire
                                            Attorney for Kristopher Nelson

4